**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Wayne V. Lewis                                                                 CHAPTER 13
                             Debtor(s)
                                                                                       BKY. NO. 22-10056 TPA

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of METROPOLITAN LIFE INSURANCE COMPANY and index same on the master mailing list.

    Respectfully submitted,

/s/ **Brian C. Nicholas**
Brian Nicholas
25 Apr 2022, 13:04:23, EDT

Brian C. Nicholas, Esq. (317240) ☑
Denise Carlon, Esq. (317226)   ☐
Rebecca A. Solarz, Esq. (315936) ☐
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
412-430-3594
bkgroup@kmllawgroup.com

Document ID: 26497e48a993f79b1ac7636c0a6d0566e9453aba0f0471c9ad2e4c7df21d158b