**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE:** | : | **Case No. 22-_10056_-TPA** |
| | : | **(Chapter 13)** |
| **WAYNE V. LEWIS** | : | **Judge Thomas P. Agresti** |
| | : | |
| | : | |
| **Debtor.** | : | |
| | : | |
| **WAYNE V. LEWIS** | : | **Document No.** |
| | : | |
| | : | |
| **Movant,** | : | **Related to Document No.** |
| | : | |
| **vs.** | : | |
| | : | |
| **WILMINGTON SAVINGS FUND** | : | |
| **SOCIETY, FSB** | : | |
| | : | |
| | : | |
| **Respondent.** | : | |
| | : | |

---

**WAYNE V. LEWIS' NOTICE OF SERVICE OF FIRST SET OF
INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS
DIRECTED TO WILMINGTON SAVINGS FUND SOCIETY, FSB**

---

PLEASE TAKE NOTICE that on July 25, 2022, the Debtor, WAYNE V. LEWIS

served a First Set of Interrogatories and Request for Production of

Documents to the representatives of Wilmington Savings Fund Society, FSB

by First Class U.S. Mail, postage pre-paid, as follows:


**Michael Clark, Esq.
Richard M. Squire & Assoc., LLC
115 West Avenue, Suite 104
Jenkintown, PA 19046**

**Statebridge Company, LLC
6061 S. Willow Drive
Greenwood Village, CO 80111**

Respectfully submitted,


Dated:  July 25, 2022          /s/ MICHAEL J. GRAML
                               MICHAEL J. GRAML, ESQ.
                               Attorney for Debtor/Movant
                               714 Sassafras Street
                               Erie, PA 16501
                               (814) 459-8288
                               PA I.D. No. 50220
                               mattorney@neo.rr.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-_10056_-TPA |
| | : | (Chapter 13) |
| WAYNE V. LEWIS | : | Judge Thomas P. Agresti |
| | : | |
| | : | |
| Debtor. | : | |
| | : | |
| WAYNE V. LEWIS | : | Document No. |
| | : | |
| | : | |
| Movant, | : | Related to Document No. |
| | : | |
| vs. | : | |
| | : | |
| WILMINGTON SAVINGS FUND | : | |
| SOCIETY, FSB | : | |
| | : | |
| | : | |
| Respondent. | : | |
| | : | |

**CERTIFICATE OF SERVICE OF NOTICE OF SERVICE OF FIRST SET**
**OF INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**
**TO WILMINGTON SAVINGS FUND SOCIETY, FSB**

I certify under penalty of perjury that I served the above captioned pleading, proposed Order of Court and Notice of Hearing on the parties at the addresses specified below or on the attached list on **July 24, 2022.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **Electronic Notification and First Class Mail.**

**SERVICE BY FIRST CLASS MAIL:**

Michael Clark, Esq.
Richard M. Squire & Assoc., LLC
115 West Avenue, Suite 104
Jenkintown, PA 19046

Statebridge Company, LLC
6061 S. Willow Drive
Greenwood Village, CO 80111

If more than one method of service was employed, this certificate of service groups the parties by the type of service.  For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

  July 25, 2022                            /s/ MICHAEL J. GRAML
                                          MICHAEL J. GRAML, ESQ.
                                          Attorney for Debtor/Movant
                                          714 Sassafras Street
                                          Erie, PA 16501
                                          (814) 459-8288
                                          PA I.D. No. 50220
                                          mattorney@neo.rr.com