Case 22-10056-TPA    Doc 33    Filed 07/28/22    Entered 07/28/22 11:02:01    Desc Main
Document      Page 1 of 1

FILED
7/28/22 10:57 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | | |
|---|---|---|---|---|
| In re: | : | Case No.: | 22-10056-TPA |
| | : | | |
| Wayne V. Lewis | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 7/27/2022 |
| | : | Time: | 10:00 |

## PROCEEDING MEMO

**MATTER**     #25 Objection to Claim of Wilmington Savings Fund Society, FSB (Clm. 3)
     #30 Resp. by Wilmington Savings Fund Society

**APPEARANCES:**
     Debtor:     Michael J. Graml
     Trustee:     Ronda J. Winnecour
     Wilmington Savings Fund Society, FSB: Michael Clark

**NOTES:**

Graml:     Background of matters given. Fees listed foreclosure costs of $2,593.81. The foreclosure action never went to judgment. They never paid this to Erie County.

Clark:     $2,000 is the sheriff sale fee was invoiced by our office and appears on the Proof of Claim.

**OUTCOME:**     On or before August 10, 2022, Counsel for the Respondent to file an itemization of actual out of pocket costs/fees. Chambers to issue Order.

*/s/ Ronda J. Winnecour*
dak