FILED
7/29/22 2:16 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | |
|---|---|
| WAYNE V. LEWIS<br>*Debtor* | : Case No. 22-10056-TPA<br>: Chapter 13<br>: |
| WAYNE V. LEWIS,<br>*Movant* | : Related to Document No. 25<br>:<br>: |
| v. | :<br>: |
| WILMINGTON SAVINGS FUND<br>SOCIETY, FSB,<br>*Respondent* | :<br>:<br>: |

### ORDER

A hearing was held on July 27, 2022, on the *Objection to the Allowance of the Claim of Wilmington Savings Fund Society, FSB*, filed by the Debtor ("Objection"), and the *Response* filed by Wilmington Savings at Doc. No. 30, and as a result,

AND NOW, this 29th day of *July, 2022*, it is hereby ORDERED, ADJUDGED and DECREED that for the reasons stated on the record at the time of the hearing, *on or before August 10, 2022,* the Respondent shall file an itemization of the actual out-of-pocket costs and fees related to this matter. Upon filing of the same the Court will determine if an additional hearing is required.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case Administrator to serve:
  Ronda Winnecour, Esq., Ch. 13 Trustee
  Debtor
  Counsel for Debtor
  Counsel for Respondent

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10056-TPA |
| Wayne V. Lewis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 1 |
| Date Rcvd: Jul 29, 2022 | Form ID: pdf900 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 31, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Wayne V. Lewis, 9100 Silverthorn Road, McKean, PA 16426-1527 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 31, 2022             Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 29, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor METROPOLITAN LIFE INSURANCE COMPANY bnicholas@kmllawgroup.com |
| Michael J. Graml | on behalf of Debtor Wayne V. Lewis mattorney@neo.rr.com mjgraml@verizon.net |
| Michael John Clark | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III mclark@squirelaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor Metropolitan Life Company amps@manleydeas.com |

TOTAL: 6