IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/26/22 12:41 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:

Wayne V. Lewis
Debtor

: Bankruptcy No.  22-10056-TPA
:
: Adversary No.
:
: Related to Docket No.  33
:
: Three Day Request
:

# NOTICE OF TRANSCRIPT ORDER
# WITH COMPLETION DATE

Michael J. Clark, Esq.  has ordered transcript(s) for hearings held on the date(s) listed below:

    July 27, 2022.

The transcript is being prepared by Writer's Cramp, Inc.  The estimated completion for this transcript is September 29, 2022.

          Michael R. Rhodes, Clerk
          United States Bankruptcy Court

Date: 9/26/2022          By:     /s/ Hayley Smith
                                              ECRO

#61-M