FILED
9/28/22 4:27 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| WAYNE V. LEWIS | : | Case No. 22-10056-TPA |
| | : | |
| *Debtor* | : | Chapter 13 |
| | : | |
| WAYNE V. LEWIS | : | |
| | : | |
| *Movant,* | : | Related to Doc No. 50 |
| | : | |
| v. | : | |
| | : | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB | : | |
| | : | |
| | : | |
| *Respondent* | | |

**TRANSCRIPT AUTHORIZATION ORDER**

**AND NOW**, this __28th__ day of __September__, 2022, the Court having reviewed the draft transcript of the proceeding held on __July 27__, 2022 in regard to the __Objection to Claim of Wilmington Savings Fund Society, FSB (Claim 3)__, Document No. __25__, and having determined that the transcript should be released to the attorneys and any self-represented Parties for review to determine whether any redactions should be made before the transcript is made available to the public,[1] it is hereby **ORDERED**, **ADJUDGED** and **DECREED** that,

---

[1] The identification of any redactions that should be made from the transcript are the responsibility of the attorneys in the case or any self-represented Parties, not the Court. For information on the scope of and procedure for requesting redactions, *see Fed.R.Bankr.P. 9037,* and Volume 6 – Section 510.25.20 and Volume 10 – Section 330.10.10 of the "Guide to Judiciary

1

(1) Notification that the transcript has been prepared shall be noted on the docket and the Transcriber shall promptly release the transcript to the attorney who ordered the transcript and is also free to submit a bill for the services provided.

(2) The transcript is being released at this time only to the ordering attorney, who is expected to review it for identification of any material that should be redacted. If any other attorney in the case, or any self-represented party, has any concerns that the transcript may contain material that should be redacted, it is up to that person to contact the Transcriber and make arrangements to obtain a copy of the transcript for review following payment of the applicable fee.

(3) *On or before October 5, 2022,* attorneys must inform the Court by filing a "Notice of Redaction" of an intent to direct the redaction of any personal data identifiers from the transcript. If no such Notice of Redaction is filed by the deadline by the ordering attorney or any other attorney, the Court will assume redaction of personal data identifiers from the transcript is not necessary.

(4) *On or before October 19, 2022,* any self-represented Party must inform the Court by filing a "Notice of Redaction" of his or her intent to direct the redaction of any personal data identifiers from the transcript. If no such Notice of Redaction is filed by the deadline by any self-represented Party, the Court will assume redaction of personal data identifiers from the transcript as to self-represented Parties is not necessary.

---

Policy," which are published by the Administrative Office of the U.S. Courts and available on its web site.

2

(5)   *On or before October 19, 2022,* any attorney or self-represented Party may file an appropriate motion to seek redaction of any material other than personal data identifiers from the transcript, such motion to specifically identify the material sought to be redacted and the reason why redaction would be justified. If any such motion is timely filed, the Court will issue a further scheduling order.

(6)   If any Notice of Redactions is timely filed, then unless ordered otherwise, *on or before October 31, 2022,* the Transcriber shall perform the redactions as set forth therein and provide a redacted version of the transcript to the Clerk, who shall note its receipt on the docket, while retaining the unredacted version of the transcript.

_____
Thomas P. Agresti, Judge
United States Bankruptcy Court

Case administrator to serve:

    Writer's Cramp, Inc., 1027 Betty Lane, Ewing, NJ 08628
    Michael John Clark, Esq.
    Michael J. Graml, Esq.
    Ronda Winnecour, Esq.

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10056-TPA |
| Wayne V. Lewis | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 28, 2022 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 30, 2022:**

**Recip ID**    **Recipient Name and Address**
  +    Writer's Cramp, Inc., 1027 Betty Lane, Ewing, NJ 08628-1635

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 30, 2022          Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 28, 2022 at the address(es) listed below:

**Name**    **Email Address**

Brian Nicholas
    on behalf of Creditor METROPOLITAN LIFE INSURANCE COMPANY bnicholas@kmllawgroup.com

Michael J. Graml
    on behalf of Debtor Wayne V. Lewis mattorney@neo.rr.com mjgraml@verizon.net

Michael John Clark
    on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III mclark@squirelaw.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

Stephen Russell Franks

District/off: 0315-1　　　　　　　　　　　　　User: auto　　　　　　　　　　　　　Page 2 of 2
Date Rcvd: Sep 28, 2022　　　　　　　　　Form ID: pdf900　　　　　　　　　Total Noticed: 1

on behalf of Creditor Metropolitan Life Company amps@manleydeas.com

TOTAL: 6