**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:    Wayne V. Lewis | Chapter: 13 |
| | Bankruptcy No.: 22-10056-TPA |
| Debtor | 11 U.S.C. § 362 |

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III

                                  Movant

                                  vs.

Wayne V. Lewis

                                  Debtor

                                  and

Ronda J. Winnecour, Esquire

                                  Trustee

                               RESPONDENTS

**CERTIFICATE OF SERVICE**

      I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Discovery Responses electronically and/or via First Class Mail, postage prepaid.

Date Served: <u>10/05/2022</u>

Michael J. Graml
714 Sassafras Street
Erie, PA 16501
mattorney@neo.rr.com

      I hereby certify the foregoing to be true and correct under penalty of perjury.

                                    Respectfully submitted,

                                     <u>/s/ Michael Clark</u>
                                    Richard M. Squire, Esq. (PA I.D. # 04267)
                                    M. Troy Freedman, Esq. (PA I.D. # 85165)
                                    Michael J. Clark, Esq. (PA I.D. # 202929)
                                    One Jenkintown Station, Suite 104
                                    115 West Avenue
                                    Jenkintown, PA 19046
                                    215-886-8790
                                    215-886-8791 (FAX)
                                    rsquire@squirelaw.com
                                    tfreedman@squirelaw.com
                                    mclark@squirelaw.com

01884-5/VC