**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re:   Wayne V. Lewis | Chapter: 13 |
| | Bankruptcy No.: 22-10056-TPA |
| Debtor | 11 U.S.C. § 362 |

Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III

Movant

vs.

Wayne V. Lewis

Debtor

and

Ronda J. Winnecour, Esquire

Trustee
RESPONDENTS

<b>CERTIFICATE OF SERVICE</b>

I hereby certify that I am over 18 years of age; and that service upon all interested parties, indicated below, was made by sending true and correct copies of the Discovery Responses to Debtor's Interrogatories and Request to Produce Documents in regards to the Court Order docketed on September 13, 2022, Document Number 46, electronically and/or via First Class Mail, postage prepaid.

Date Served: 10/05/2022

Michael J. Graml
714 Sassafras Street
Erie, PA 16501
mattorney@neo.rr.com

I hereby certify the foregoing to be true and correct under penalty of perjury.

Respectfully submitted,

 /s/ Michael Clark
Richard M. Squire, Esq. (PA I.D. # 04267)
M. Troy Freedman, Esq. (PA I.D. # 85165)
Michael J. Clark, Esq. (PA I.D. # 202929)
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
215-886-8790
215-886-8791 (FAX)
rsquire@squirelaw.com
tfreedman@squirelaw.com
mclark@squirelaw.com

01884-5/VC