**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
10/14/22 4:05 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 22-10056-TPA |
| | : | | |
| Wayne V. Lewis | : | Chapter: | 13 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 10/13/2022 |
| | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER**   #45 Objection to Claim of Wilmington Savings Fund Society
             #59 Resp. by Wilmington Savings Fund Society

**APPEARANCES:**

Debtor:      Michael J. Graml
Trustee:     Ronda J. Winnecour
Wilmington Savings Fund Society: Michael Clark

**NOTES:**

Clark:   We were based solely on the Fannie Mae fee schedule. I handle bankruptcy at this firm for about a year and a half. There was a settlement proposal and tried to work out the matter with Counsel but he indicated he was unable to contact his client. The Loan Servicer is here with me. The funds were advanced from the lender.

Graml:   I had made an offer in mid-August. They never sent the money to the Sheriff's office. $593.81.

**OUTCOME:**   Continued to 10/20/21 at 11am

*/s/ Ronda Winnecour*

jlm