IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 22- 10056 -TPA |
| | : | (Chapter 13) |
| WAYNE V. LEWIS | : | Judge Thomas P. Agresti |
| | : | |
| Debtor. | : | |
| | : | |
| WAYNE V. LEWIS | : | Document No. |
| | : | |
| Movant, | : | Related to Document No. |
| | : | |
| vs. | : | |
| | : | |
| WILMINGTON SAVINGS FUND | : | |
| SOCIETY, FSB | : | |
| d/b/a Christiana Trust as | : | |
| Trustee for PNPMS Trust III | : | |
| | : | |
| Respondent. | : | |

**CONSENT ORDER ON THE OBJECTION TO THE CERTIFICATION OF COUNSEL
ON THE OBJECTION TO THE ALLOWANCE OF THE CLAIM
OF WILMINGTON SAVINGS FUND SOCIETY, FSB
PURSUANT TO 11 U.S.C. § 502 AND BANKRUPTCY RULE 3007 AND
MOTION FOR SANCTIONS PURSUANT TO BANKRUPTCY RULE 7037**

AND NOW, this ____ day of October, 2022, upon consideration of the *Objection to the Allowance of Claim pursuant to 11 U.S.C. § 502 and Bankruptcy Rule 3007* filed on May 20, 2022 [Dkt. No. 25], the *Certification of Counsel Regarding Pre-Petition Attorney's Fees and Costs* [Dkt. 36] and responses thereto, a hearing was held on October 13, 2022, and with the consent of the parties, it is hereby ORDERED as follows:

1.  The parties agree that the total **costs** allowed in the claim of Wilmington Savings Fund Society, FSB is $593.81;

    2.   The parties agree that Wilmington Savings Fund Society, FSB will waive any attorney's fees in this matter;

    3.   Wilmington Savings Fund Society, FSB shall pay to Counsel for Debtor attorney's fees in the amount of $3,000.00;

    4.   Within thirty (30) days, Respondent shall amend its proof of claim [POC 3] to reflect the agreement of the parties herein;

    5.   The hearing scheduled for October 20, 2022 at 11:00 a.m. is hereby CANCELLED.

IT IS SO ORDERED.

Dated:_____

THOMAS P. AGRESTI
UNITED STATES BANKRUPTCY JUDGE

CONSENTED TO:

  /s/ MICHAEL J. GRAML
MICHAEL J. GRAML, ESQ.
Attorney for Debtor/Movant
714 Sassafras Street
Erie, PA 16501
(814) 459-8288
PA I.D. No. 50220
mattorney@neo.rr.com


  /s/ MICHAEL J. CLARK
MICHAEL J. CLARK, ESQ.
Counsel for Respondent
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
(215) 886-8790
PA I.D. No. 202929
mclark@squirelaw.com