FILED
10/19/22 11:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-_10056_-TPA |
| | : | (Chapter 13) |
| WAYNE V. LEWIS | : | Judge Thomas P. Agresti |
| Debtor. | : | |
| WAYNE V. LEWIS | : | Document No. |
| Movant, | : | Related to Document No.64 |
| vs. | : | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB d/b/a Christiana Trust as Trustee for PNPMS Trust III | : | |
| Respondent. | : | |

**CONSENT ORDER ON THE OBJECTION TO THE CERTIFICATION OF COUNSEL
ON THE OBJECTION TO THE ALLOWANCE OF THE CLAIM
OF WILMINGTON SAVINGS FUND SOCIETY, FSB
PURSUANT TO 11 U.S.C. § 502 AND BANKRUPTCY RULE 3007 AND
MOTION FOR SANCTIONS PURSUANT TO BANKRUPTCY RULE 7037**

AND NOW, this 19th day of October, 2022, upon consideration of the *Objection to the Allowance of Claim pursuant to 11 U.S.C. § 502 and Bankruptcy Rule 3007* filed on May 20, 2022 [Dkt. No. 25], the *Certification of Counsel Regarding Pre-Petition Attorney's Fees and Costs* [Dkt. 36] and responses thereto, a hearing was held on October 13, 2022, and with the consent of the parties, it is hereby ORDERED as follows:

1. The parties agree that the total *costs* allowed in the claim of Wilmington Savings Fund Society, FSB is $593.81;

2. The parties agree that Wilmington Savings Fund Society, FSB will waive any attorney's fees in this matter;

3. Wilmington Savings Fund Society, FSB shall pay to Counsel for Debtor attorney's fees in the amount of $3,000.00;

4. Within thirty (30) days, Respondent shall amend its proof of claim [POC 3] to reflect the agreement of the parties herein;

5. The hearing scheduled for October 20, 2022 at 11:00 a.m. is hereby CANCELLED.

IT IS SO ORDERED.

Dated: October 19, 2022

THOMAS P. AGRESTI
UNITED STATES BANKRUPTCY JUDGE

CONSENTED TO:

/s/ MICHAEL J. GRAML
MICHAEL J. GRAML, ESQ.
Attorney for Debtor/Movant
714 Sassafras Street
Erie, PA 16501
(814) 459-8288
PA I.D. No. 50220
mattorney@neo.rr.com

/s/ MICHAEL J. CLARK
MICHAEL J. CLARK, ESQ.
Counsel for Respondent
One Jenkintown Station, Suite 104
115 West Avenue
Jenkintown, PA 19046
(215) 886-8790
PA I.D. No. 202929
mclark@squirelaw.com

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Wayne V. Lewis  
    Debtor

Case No. 22-10056-TPA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-1      User: auto      Page 1 of 1  
Date Rcvd: Oct 19, 2022      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Wayne V. Lewis, 9100 Silverthorn Road, McKean, PA 16426-1527 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor METROPOLITAN LIFE INSURANCE COMPANY bnicholas@kmllawgroup.com |
| Michael J. Graml | on behalf of Debtor Wayne V. Lewis mattorney@neo.rr.com mjgraml@verizon.net |
| Michael John Clark | on behalf of Creditor Wilmington Savings Fund Society FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III mclark@squirelaw.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor Metropolitan Life Company amps@manleydeas.com |

TOTAL: 6