**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

IN RE:                                                                            CASE NO.: 22-10056
CHAPTER 13

Wayne V. Lewis,
  Debtor.

_____/

**NOTICE OF APPEARANCE AND REQUEST FOR SERVICE**

      **PLEASE TAKE NOTICE THAT** the undersigned counsel hereby appears on behalf of Metropolitan Life Insurance Company ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned counsel and the following be added to the Court's Master Mailing List:

**Michelle L. McGowan, Esq., ESQ.**
**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

                                     Robertson, Anschutz, Schneid, Crane & Partners, PLLC
                                       Attorney for Secured Creditor
                                       13010 Morris Road, Suite 450
                                       Alpharetta, GA 30004
                                       Telephone: 470-321-7112
                                       Facsimile: 404-393-1425

                                       By: \S\Michelle L. McGowan, Esq.
                                          Michelle L. McGowan, Esq., Esquire
                                          Pennsylvania Bar No. 62414 PA
                                          Email: mimcgowan@raslg.com

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on July 31, 2023, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and a true and correct copy has been served via CM/ECF or United States Mail to the following:


WAYNE V. LEWIS
9100 SILVERTHORN ROAD
MCKEAN, PA 16426-1527

And via electronic mail to:

MICHAEL J. GRAML
714 SASSAFRAS STREET
ERIE, PA 16501

RONDA J. WINNECOUR
SUITE 3250, USX TOWER
600 GRANT STREET
PITTSBURGH, PA 15219

OFFICE OF THE UNITED STATES TRUSTEE
LIBERTY CENTER.
1001 LIBERTY AVENUE, SUITE 970
PITTSBURGH, PA 15222


                                               By: /s/ Emily Cheng