**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-__10056__-GLT |
| | : | (Chapter 13) |
| WAYNE V. LEWIS | : | Judge Gregory L. Taddonio |
| | : | |
| Debtor. | : | |
| | : | |
| BANKRUPTCY ESTATE OF WAYNE V. LEWIS, DECEDENT | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| METROPOLITAN LIFE INSURANCE COMPANY, c/o Shellpoint Mortgage Servicing, WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a Christiana Trust as TRUSTEE FOR PNPMS TRUST III, c/o Statebridge Company, LLC, VERIZON and OFFICE OF THE UNITED STATES TRUSTEE and RONDA J. WINNECOUR, ESQ., CHAPTER 13 TRUSTEE | : | Document No.<br><br>Related to Document No. |
| | : | |
| Respondents. | : | |

**CERTIFICATE OF NO OBJECTION REGARDING MOTION**
**FOR CONTINUED ADMINISTRATION OF DECEASED DEBTOR'S ESTATE**
**BANKRUPTCY ESTATE IN ACCORDANCE WITH BANKRUPTCY RULE 1016**

    The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the ***Motion for Continued Administration of Deceased Debtor's Bankruptcy Estate in Accordance with Bankruptcy Rule 1016*** and the Notice of Hearing filed and served March 22, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 8, 2024.

    It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

    Respectfully submitted,

Dated: April 9, 2024

/s/ MICHAEL J. GRAML
MICHAEL J. GRAML, ESQ.
Counsel for the Bankruptcy Estate
of WAYNE V. LEWIS
714 Sassafras Street
Erie, PA 16501
(814) 459-8288
PA I.D. No. 50220
mattorney@neo.rr.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-_10056_-GLT |
| | : | (Chapter 13) |
| WAYNE V. LEWIS | : | Judge Gregory L. Taddonio |
| | : | |
| Debtor. | : | |
| | : | |
| BANKRUPTCY ESTATE OF WAYNE V. LEWIS, DECEDENT | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| METROPOLITAN LIFE INSURANCE COMPANY, c/o Shellpoint Mortgage Servicing, WILMINGTON SAVINGS FUND SOCIETY, FSB, d/b/a Christiana Trust as TRUSTEE FOR PNPMS TRUST III, c/o Statebridge Company, LLC, VERIZON and OFFICE OF THE UNITED STATES TRUSTEE and RONDA J. WINNECOUR, ESQ., CHAPTER 13 TRUSTEE | : | Document No.<br><br>Related to Document No. |
| | : | |
| Respondents. | : | |

**CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION**
**REGARDING MOTION FOR CONTINUED ADMINISTRATION OF**
**DECEASED DEBTOR'S ESTATE BANKRUPTCY ESTATE**
**IN ACCORDANCE WITH BANKRUPTCY RULE 1016**

I certify under penalty of perjury that I served the above captioned pleading, proposed Order of Court and Notice of Hearing on the parties at the addresses specified below or on the attached list on **April 9, 2024.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **First Class U.S. Mail, postage pre-paid and Electronic Notification.**

| **ELECTRONIC NOTIFICATION:** | **ELECTRONIC NOTIFICATION:** |
|---|---|
| Ronda J. Winnecour, Esq.<br>Office of the Chapter 13 Trustee<br>USX Tower, Suite 3250<br>600 Grant Street<br>Pittsburgh, PA 15219<br>cmecf@chapter13trusteewdpa.com | Stephen R. Franks, Esq.<br>Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028<br>amps@manleydeas.com |

**ELECTRONIC NOTIFICATION (cont.):**

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

Michelle L. McGowan, Esq.
Robertson, Anschutz, Schneid, Crane
& Partners, PLLC
13010 Morris Road, Suite 450
Alpharetta, GA 30004
mimcgowan@raslg.com

Denise Carlon, Esq.
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
bnicholar@kmllawgroup.com

**FIRST CLASS MAIL:**

Metropolitan Life Insurance Company
c/o Shellpoint Mortgage Servicing
P.O. Box 10826
Greenville, SC 29603-0675

Statebridge Company, LLC
6061 S. Willow Drive
Greenwood Village, CO 80111

Verizon
by American InfoSource as agent
4515 N. Santa Fe Avenue
Oklahoma City, OK 73118

        If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

| April 9, 2024 | /s/ MICHAEL J. GRAML |
|---|---|
| | MICHAEL J. GRAML, ESQ.<br>Counsel for the Bankruptcy Estate of WAYNE V. LEWIS<br>714 Sassafras Street<br>Erie, PA 16501<br>(814) 459-8288<br>PA I.D. No. 50220<br>mattorney@neo.rr.com |