## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 22- 10056 -GLT |
| | : | (Chapter 13) |
| **WAYNE V. LEWIS** | : | Judge Gregory L. Taddonio |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| **BANKRUPTCY ESTATE OF WAYNE V. LEWIS, DECEDENT** | : | Related to Document No. |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **NO RESPONDENT** | : | |
| | : | |
| Respondent. | : | |

### CERTIFICATE OF NO OBJECTION REGARDING MOTION
### FOR EMPLOYMENT OF SPECIAL COUNSEL
### PURSUANT TO 11 U.S.C. § 327(a) AND BANKRUPTCY RULE 2014

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the ***Motion for Employment of Special Counsel pursuant to 11 U.S.C. § 327(a) and Bankruptcy Rule 2014*** and the Notice of Hearing filed and served March 22, 2024 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than April 8, 2024.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Respectfully submitted,

Dated: April 9, 2024

/s/ MICHAEL J. GRAML
MICHAEL J. GRAML, ESQ.
Attorney for Debtor/Movant
714 Sassafras Street
Erie, PA 16501
(814) 459-8288
PA I.D. No. 50220
mattorney@neo.rr.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **IN RE:** | : | Case No. 22- **10056** -GLT |
| | : | **(Chapter 13)** |
| **WAYNE V. LEWIS** | : | Judge Gregory L. Taddonio |
| | : | |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| **BANKRUPTCY ESTATE OF WAYNE V. LEWIS, DECEDENT** | : | Related to Document No. |
| | : | |
| | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| **NO RESPONDENT** | : | |
| | : | |
| | : | |
| Respondent. | : | |
| | : | |

### CERTIFICATE OF SERVICE OF CERTIFICATION OF NO OBJECTION REGARDING MOTION FOR EMPLOYMENT OF SPECIAL COUNSEL PURSUANT TO 11 U.S.C. § 327(a) AND BANKRUPTCY RULE 2014

I certify under penalty of perjury that I served the above captioned pleading, proposed Order of Court and Notice of Hearing on the parties at the addresses specified below or on the attached list on **April 9, 2024.**

The type(s) of service made on the parties (first class mail, electronic notification, hand delivery, or another type of service) was: **First Class U.S. Mail, postage pre-paid and Electronic Notification.**

**ELECTRONIC NOTIFICATION:**

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA 15222
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Esq.
Office of the Chapter 13 Trustee
USX Tower, Suite 3250
600 Grant Street
Pittsburgh, PA 15219
cmecf@chapter13trusteewdpa.com

**FIRST CLASS MAIL:**

Scott E. Miller, CPA, Esq.
535 West Arlington Road
Erie, PA 16509-2266

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the names and addresses of parties served by electronic notice will be listed under the heading "Service by Electronic Notification and those served by mail will be listed under the heading Service by First Class Mail.

EXECUTED ON:

  April 9, 2024                              /s/ MICHAEL J. GRAML  
                                                 MICHAEL J. GRAML, ESQ.  
                                                 Attorney for Debtor/Movant  
                                                 714 Sassafras Street  
                                                 Erie, PA 16501  
                                                 (814) 459-8288  
                                                 PA I.D. No. 50220  
                                                 mattorney@neo.rr.com