FILED
4/10/24 4:46 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-__10056__-GLT |
| | : | (Chapter 13) |
| WAYNE V. LEWIS | : | Judge Gregory L. Taddonio |
| | : | |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| BANKRUPTCY ESTATE OF WAYNE | : | Related to Document No. 77 |
| V. LEWIS, DECEDENT | : | |
| | : | |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| METROPOLITAN LIFE INSURANCE | : | |
| COMPANY, c/o Shellpoint | : | |
| Mortgage Servicing, WILMINGTON | : | |
| SAVINGS FUND SOCIETY, FSB, | : | |
| d/b/a Christiana Trust as | : | |
| TRUSTEE FOR PNPMS TRUST III, | : | |
| c/o Statebridge Company, LLC, | : | |
| VERIZON and OFFICE OF THE | : | |
| UNITED STATES TRUSTEE and | : | |
| RONDA J. WINNECOUR, ESQ., | : | |
| CHAPTER 13 TRUSTEE | : | |
| | : | |
| | : | |
| Respondents. | : | |
| | : | |

**MODIFIED DEFAULT**
**ORDER TO CONTINUE ADMINISTRATION OF DECEASED DEBTOR'S**
**BANKRUPTCY ESTATE IN ACCORDANCE WITH BANKRUPTCY RULE 1016**

AND NOW, this __10TH__ day of __April__, 2024, upon consideration of the ***MOTION TO CONTINUE ADMINISTRATION OF DECEASED DEBTOR'S BANKRUPTCY ESTATE IN ACCORDANCE WITH BANKRUPTCY RULE 1016***, for the purpose of continuing administration of the decedent's bankruptcy estate, and good cause having been shown, therefore, it is,

IT IS HEREBY ORDERED that the **_MOTION TO CONTINUE ADMINISTRATION OF DECEASED DEBTOR'S BANKRUPTCY ESTATE IN ACCORDANCE WITH BANKRUPTCY RULE 1016_** of the Decedent/Debtor, WAYNE V. LEWIS, is **GRANTED**; The request to authorize Timothy Dillen to sign documents on behalf of the debtor in the bankruptcy estate is DENIED without prejudice. The motion does not contain any averments or proof that Timothy Dillen is the duly-authorized personal representative of the Estate of Wayne V. Lewis. Absent a reasonable showing, the Court finds the record is insufficient to substitute a personal representative in place of the debtor.

Dated: 4/10/24

CHIEF JUDGE GREGORY L. TADDONIO
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10056-GLT |
| Wayne V. Lewis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 11, 2024 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\#           Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Wayne V. Lewis, 9100 Silverthorn Road, McKean, PA 16426-1527 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2024           Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:**

**Name**      **Email Address**

Denise Carlon
    on behalf of Creditor METROPOLITAN LIFE INSURANCE COMPANY dcarlon@kmllawgroup.com

Michael J. Graml
    on behalf of Debtor Wayne V. Lewis mattorney@neo.rr.com  mjgraml@verizon.net

Michael John Clark
    on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III mclark@squirelaw.com

Michelle L. McGowan
    on behalf of Creditor Metropolitan Life Insurance Company mimcgowan@raslg.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

District/off: 0315-1 | User: auto | Page 2 of 2
Date Rcvd: Apr 11, 2024 | Form ID: pdf900 | Total Noticed: 1

Stephen Russell Franks
                on behalf of Creditor Metropolitan Life Company amps@manleydeas.com

TOTAL: 7