FILED
4/10/24 4:51 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-__10056__-GLT |
| | : | (Chapter 13) |
| WAYNE V. LEWIS | : | Judge Gregory L. Taddonio |
| | : | |
| Debtor. | : | Document No. |
| | : | |
| BANKRUPTCY ESTATE OF WAYNE V. LEWIS, DECEDENT | : | Related to Document No. 79 |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| NO RESPONDENT | : | |
| | : | |
| Respondents. | : | |

**ORDER APPROVING EMPLOYMENT OF SPECIAL COUNSEL
FOR THE BANKRUPTCY ESTATE OF WAYNE V. LEWIS, DECEDENT,
PURSUANT TO 11 U.S.C. § 327(a) AND BANKRUPTCY RULE 2014**

    AND NOW, this __10th__ day of __April__, 2024, upon consideration of *the Application for Approval of MOTION FOR EMPLOYMENT OF SPECIAL COUNSEL FOR THE BANKRUPTCY ESTATE OF WAYNE V. LEWIS, DECEDENT, PURSUANT TO 11 U.S.C. § 327(a) AND BANKRUPTCY RULE 2014*, filed at Doc. No. XX (the "Application"), it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

    (1) The Application is approved as of the date the Application was filed.

    (2) SCOTT E. MILLER, CPA, ESQ., 535 West Arlington Road, Erie, PA 16509-2266 is hereby appointed as Special Counsel for representation of the personal representative in the settlement of Decedent's estate in this bankruptcy proceeding for the reasons set forth in the Application.

    (3) Professional persons or entities performing services in this case are advised that approval of fees for professional services will be based not only on the amount involved and the results accomplished, but other factors as well, including: the time and labor reasonably required by counsel, the novelty and difficulty of the issues presented, the skill requisite to perform the legal service properly, the preclusion of other employment due to acceptance of this case, the customary fee, whether the fee is fixed or contingent, the time limitations imposed by the client

or the circumstances, the experience, reputation and ability of the attorneys involved, the undesirability of the case, the nature and length of the professional relationship with the client, and, awards in similar cases.

(4) Approval of any motion for appointment of counsel in which certain hourly rates/compensation terms are stated for various professionals is not an agreement by the Court to allow fees at the requested hourly rates or compensation terms.  Final compensation, awarded only after notice and hearing, may be more or less than the requested hourly rates/compensation terms based on application of the above-mentioned factors in granting approval by Court Order.

(5) Applicant shall serve this Order on all interested parties and file a certificate of service.

Prepared by:   Michael Graml, Esq.

**DEFAULT ENTRY**

Dated: April 10, 2024

_____
Gregory J. Taddonio   hct
Chief United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10056-GLT |
| Wayne V. Lewis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Apr 11, 2024 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

**Symbol    Definition**

\#         Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 13, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Wayne V. Lewis, 9100 Silverthorn Road, McKean, PA 16426-1527 |
| sp | | Scott E. Miller, 535 West Arlington Road, Erie, PA 16509-2266 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 13, 2024             Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 11, 2024 at the address(es) listed below:**

**Name**                    **Email Address**

Denise Carlon
                           on behalf of Creditor METROPOLITAN LIFE INSURANCE COMPANY dcarlon@kmllawgroup.com

Michael J. Graml
                           on behalf of Debtor Wayne V. Lewis mattorney@neo.rr.com  mjgraml@verizon.net

Michael John Clark
                           on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III
                           mclark@squirelaw.com

Michelle L. McGowan
                           on behalf of Creditor Metropolitan Life Insurance Company mimcgowan@raslg.com

Office of the United States Trustee
                           ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Apr 11, 2024 | Form ID: pdf900 | Total Noticed: 2 |

cmecf@chapter13trusteewdpa.com

Stephen Russell Franks

on behalf of Creditor Metropolitan Life Company amps@manleydeas.com

TOTAL: 7