IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 22-_10056_-GLT |
| | : | (Chapter 13) |
| WAYNE V. LEWIS | : | Judge Gregory L. Taddonio |
| | : | |
| Debtor. | : | |
| | : | Document No. |
| | : | |
| BANKRUPTCY ESTATE OF WAYNE V. LEWIS | : | Related to Document No. |
| | : | |
| Movant, | : | |
| | : | |
| vs. | : | |
| | : | |
| NO RESPONDENT | : | |
| | : | |
| Respondents. | : | |

**CERTIFICATION OF DISCHARGE ELIGIBILITY
BY THE BANKRUPTCY ESTATE OF WAYNE V. LEWIS**

1. The Debtor has made all payments required by the Chapter 13 Plan.

2. The Debtor is not required to pay any Domestic Support Obligation.

3. The Debtor is entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtor has not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtor ineligible for a discharge.

4. On May 20, 2024, at docket number 92, Debtor obtained a waiver to complete a Debtor Education Course otherwise required pursuant to 11 U.S.C. § 111 and 11 U.S.C. § 1328(g)(1).

This Certification is being signed under penalty of perjury by Undersigned Counsel in support of this Certification.

Respectfully submitted,

Dated:   May 20, 2024          /s/ MICHAEL J. GRAML
MICHAEL J. GRAML, ESQ.
Counsel for the Bankruptcy Estate
of WAYNE V. LEWIS
714 Sassafras Street
Erie, PA 16501
(814) 459-8288
PA I.D. No. 50220
mattorney@neo.rr.com