# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA
## ERIE DIVISION

| | |
|---|---|
| In re: ) | Case No. 22-10056-GLT |
| ) | |
| Wayne V. Lewis ) | Chapter 13 |
| ) | |
| Debtor(s) ) | |

## CREDITOR REQUEST FOR NOTICES

NOW COMES The Cadle Company II, Inc. and requests to be placed on the mailing matrix of this case. The address is as follows:

    The Cadle Company II, Inc.
    Attention: 02F90217
    100 North Center Street
    Newton Falls, OH  44444

This request is to receive all notices and mailings from the Clerk of this Court in this case.

    Respectfully submitted,

Date: August 29, 2024

By: /s/ Jaime Waltermire
Jaime Waltermire, Account Officer
100 North Center Street
Newton Falls, OH  44444
Phone: 330-872-0918, Ext. 3385
jaime.waltermire@cadleco.com

# IN THE UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF PENNSYLVANIA
# ERIE DIVISION

| | |
|---|---|
| In re: ) | Case No. 22-10056-GLT |
| ) | |
| Wayne V. Lewis ) | Chapter 13 |
| ) | |
| Debtor(s) ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the Creditor Request for Notices was deposited in the United States mail, first class, postage prepaid, on August 29, 2024, unless notified electronically via the Notice of Filing, addressed to the following:

Ronda J Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA  15219

Michael J Graml, Esq.
714 Sassafras Street
Erie, PA 16501

/s/ Jennifer Hoffstetter
Jennifer Hoffstetter, Bankruptcy Secretary