| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | Wayne V. Lewis |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: WESTERN District of Pennsylvania (State) | |
| Case number 22-10056-GLT | |

# Form 4100R
# Response to Notice of Final Cure                                                                                      10/15

_____

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

### Part 1:   Mortgage Information

Name of creditor: Metropolitan Life Insurance Company                           Court claim no. (if known): 2
Last 4 digits of any number you use to identify the debtor's account: 2477

Property address:   9100 SILVERTHORN RD
                                 Number         Street

                                 MCKEAN, PA 16426
                                 City                                  State           ZIP Code

### Part 2:   Prepetition Default Payments

Check one:

[X]   Creditor agrees that the debtor(s) have paid in full amount required to cure the prepetition default on the creditor's claim

[ ]   Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:                                                                                                                  $_____
.

### Part 3:   Postpetition Mortgage

Check one:

[X]   Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

      The next postpetition payment from the debtor(s) is due on:      09 / 20 / 2024
                                                                                                                    MM/DD/YYYY

[ ]   Creditor states that the debtors are not current on all postpetition payments consistent with § 1322 (b)(5) of the Bankruptcy Code, including all fees charges expenses, escrow, and costs.

      Creditor asserts that the total amount remaining unpaid as of the date of this response is:

      a. Total postpetition ongoing payments due:                                                              (a) $_____
      b. Total fees, charges, expenses, escrow and costs outstanding:                              + (b) $_____
      c. Total. Add lines a and b.                                                                                       (c) $_____
      Creditor asserts that the debtor(s) are contractually
      obligated for the postpetition payment(s) that first became
      due on:
                                                                  MM/  DD/ YYYY

Form 4100R                              **Response to Notice of Final Cure Payment**                              page 1

| Debtor 1 | Wayne V. Lewis | | | Case Number (if known) | 22-10056-GLT |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

[X]   all payments received;
[X]   all fees, costs, escrow, and expenses assessed to the mortgage; and
[X]   all amounts the creditor contends remain unpaid

### Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim**

*Check the appropriate box:*

[ ] I am the creditor.
[X] I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X   /s/ Michelle L. McGowan        Date 9/12/2024
    Signature

Print   Michelle L. McGowan                    Title  Authorized Agent
        First Name    Middle Name    Last Name

Company   Robertson, Anschutz, Schneid, Crane & Partners, PLLC

If different from the notice address listed on the proof of claim to which this response applies:

Address   13010 Morris Rd., Suite 450
          Number           Street

          Alpharetta, GA   30004
          City           State        Z P Code

Contact   470-321-7112                         Email  mimcgowan@raslg.com

UNITED STATES BANKRUPTCY COURT
WESTER DISTRICT OF PENNSYLVANIA
DISTRICT OF ERIE

IN RE:

Wayne V. Lewis                                                CASE NO.: 22-10056-GLT

Debtor.                                                            Chapter 13

_____/

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on September __16__, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

Wayne V. Lewis
9100 Silverthorn Road
McKean, PA 16426-1527

And via electronic mail to:

Michael J. Graml
714 Sassafras Street
Erie, PA 16501

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222

By: /s/ Long-Giang Nguyen
Email: petnguyen@raslg.com