Form 604

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Wayne V. Lewis** | : | Case No. 22−10056−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 103 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 11/27/24 at 11:00 AM |

## ORDER SCHEDULING DATE
## FOR RESPONSE AND HEARING ON MOTION

     **AND NOW,** this *The 26th of September, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* (the "Motion") having been filed at Doc. No. 103 by the Chapter 13 Trustee,

     It is hereby ***ORDERED, ADJUDGED*** *and* ***DECREED*** that:

     (1)  ***On or before November 8, 2024***, any *Response*, including a consent to the Motion, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219) and served on counsel for the Moving Party.

     (2)  This Motion is scheduled for hearing on ***November 27, 2024 at 11:00 AM*** in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219, at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. In accordance with Judge Taddonio's procedures, parties may appear for non−evidentiary matters remotely by utilizing the Zoom video conference platform. Parties seeking to appear remotely must register for the hearing by submitting a registration form via the link published on Judge Taddonio's website (which can be found at: http://www.pawb.uscourts.gov/judge−taddonios−video−conference−hearing−information) by no later than 4 p.m. on the business day prior to the scheduled hearing. All parties participating remotely shall comply with Judge Taddonio's General Procedures (which can be found at: http://www.pawb.uscourts.gov/sites/default/files/pdfs/glt−proc.pdf). **Parties who fail to timely register for remote participation will be expected to attend the hearing in person.**

     (3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court *may* determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered, the Moving Party is directed to the calendar for Judge Gregory L Taddonio posted on the Court's website at www.pawb.uscourts.gov one day prior to the hearing.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties are *required* to appear at the hearing.

     (4)  Once the Motion is approved, if either the Debtor's *Certificate of Discharge Eligibility* or *Certificate of Financial Management* is not timely filed, *the case is **SUBJECT TO CLOSURE WITHOUT A DISCHARGE*** *without further notice or hearing.*

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

cm: All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 22-10056-GLT |
| Wayne V. Lewis | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 2 |
| Date Rcvd: Sep 26, 2024 | Form ID: 604 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#   Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Wayne V. Lewis, 9100 Silverthorn Road, McKean, PA 16426-1527 |
| sp | | Scott E. Miller, 535 West Arlington Road, Erie, PA 16509-2266 |
| 15472473 | + | Metropolitan Life Insurance Company, Community Loan Servicing, LLC, f/k/a Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 15450848 | + | Richard M. Squire, & Associates, LLC, 115 West Avenue, Suite 104, Jenkintown, PA 19046-2031 |
| 15450849 | + | Wilmington Savings Fund, Society, FSB, d/b/a Christiana Trust as, Trustee for PNPMS Trust III, 6061 South Willow Drive, Suite 300 Greenwood Village, CO 80111-5151 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Sep 27 2024 00:00:00 | Metropolitan Life Insurance Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: litigationintake@metlife.com | Sep 27 2024 00:02:00 | Metropolitan Life Insurance Company, Attn: Nicholas Corson, Esquire, Law Department, 1095 Avenue of the Americas, New York, NY 10036-6797 |
| 15508394 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 27 2024 00:00:00 | Metropolitan Life, c/o Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 15450847 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Sep 27 2024 00:00:00 | Metropolitan Life Ins. Company, c/o Bayview Loan Servicing, 4425 Ponce de Leon Blvd., Suite 500, Coral Gables, FL 33146-1873 |
| 15620239 | + | Email/Text: mtgbk@shellpointmtg.com | Sep 27 2024 00:00:00 | Metropolitan Life Insurance Company, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 16429314 | + | Email/Text: gocadle@cadleco.com | Sep 27 2024 00:01:00 | The Cadle Company II, Inc., 100 North Center Street, Newton Falls, OH 44444-1380 |
| 15469418 | | Email/PDF: ebn_ais@aisinfo.com | Sep 27 2024 00:43:24 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15450850 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 26 2024 23:59:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 2 of 2 |
| Date Rcvd: Sep 26, 2024 | Form ID: 604 | Total Noticed: 13 |

| | | |
|---|---|---|
| cr | | METROPOLITAN LIFE INSURANCE COMPANY |
| cr | | Metropolitan Life Company |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | *+ | The Cadle Company II, Inc., 100 North Center Street, Newton Falls, OH 44444-1380 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2024  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2024 at the address(es) listed below:

**Name**    **Email Address**

Denise Carlon
on behalf of Creditor METROPOLITAN LIFE INSURANCE COMPANY dcarlon@kmllawgroup.com

Michael J. Graml
on behalf of Debtor Wayne V. Lewis mattorney@neo.rr.com mjgraml@verizon.net

Michael John Clark
on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III mclark@squirelaw.com

Michelle L. McGowan
on behalf of Creditor METROPOLITAN LIFE INSURANCE COMPANY mimcgowan@raslg.com

Michelle L. McGowan
on behalf of Creditor Metropolitan Life Insurance Company mimcgowan@raslg.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
cmecf@chapter13trusteewdpa.com

Stephen Russell Franks
on behalf of Creditor Metropolitan Life Company amps@manleydeas.com

TOTAL: 8