IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
11/20/24 1:36 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
WAYNE V. LEWIS

   Debtor(s)

Ronda J. Winnecour
   Movant
   vs.
No Repondents.

Case No.:22-10056

Chapter 13

Related to Docket No. 103

ORDER OF COURT

AND NOW, this 20th Day of November, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 22-10056-GLT |
|---|---|
| Wayne V. Lewis | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| District/off: 0315-1 | User: auto | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 20, 2024 | Form ID: pdf900 | Total Noticed: 13 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | # | Wayne V. Lewis, 9100 Silverthorn Road, McKean, PA 16426-1527 |
| sp | | Scott E. Miller, 535 West Arlington Road, Erie, PA 16509-2266 |
| 15472473 | + | Metropolitan Life Insurance Company, Community Loan Servicing, LLC, f/k/a Bayview Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gables, FL 33146-1839 |
| 15450848 | + | Richard M. Squire, & Associates, LLC, 115 West Avenue, Suite 104, Jenkintown, PA 19046-2031 |
| 15450849 | + | Wilmington Savings Fund, Society, FSB, d/b/a Christiana Trust as, Trustee for PNPMS Trust III, 6061 South Willow Drive, Suite 300 Greenwood Village, CO 80111-5151 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: RASEBN@raslg.com | Nov 21 2024 00:51:00 | Metropolitan Life Insurance Company, Robertson, Anschutz, Schneid, Crane, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| cr | + | Email/Text: litigationintake@metlife.com | Nov 21 2024 00:53:00 | Metropolitan Life Insurance Company, Attn: Nicholas Corson, Esquire, Law Department, 1095 Avenue of the Americas, New York, NY 10036-6797 |
| 15508394 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 21 2024 00:52:00 | Metropolitan Life, c/o Nationstar Mortgage, LLC, PO Box 619094, Dallas, TX 75261-9094 |
| 15450847 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Nov 21 2024 00:51:52 | Metropolitan Life Ins. Company, c/o Bayview Loan Servicing, 4425 Ponce de Leon Blvd., Suite 500, Coral Gables, FL 33146-1873 |
| 15620239 | + | Email/Text: mtgbk@shellpointmtg.com | Nov 21 2024 00:52:00 | Metropolitan Life Insurance Company, c/o Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 16429314 | + | Email/Text: gocadle@cadleco.com | Nov 21 2024 00:53:00 | The Cadle Company II, Inc., 100 North Center Street, Newton Falls, OH 44444-1380 |
| 15469418 | | Email/PDF: ebn_ais@aisinfo.com | Nov 21 2024 01:03:52 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15450850 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Nov 21 2024 00:51:00 | Verizon Wireless, Bankruptcy Administration, 500 Technology Drive, Suite 550, Weldon Springs, MO 63304-2225 |

TOTAL: 8

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Community Loan Servicing, LLC |

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Nov 20, 2024 | Form ID: pdf900 | Total Noticed: 13 |

| | | |
|---|---|---|
| cr | | METROPOLITAN LIFE INSURANCE COMPANY |
| cr | | Metropolitan Life Company |
| cr | | Wilmington Savings Fund Society, FSB, d/b/a Christ |
| cr | *+ | The Cadle Company II, Inc., 100 North Center Street, Newton Falls, OH 44444-1380 |

TOTAL: 4 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2024       Signature:       /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 20, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor METROPOLITAN LIFE INSURANCE COMPANY dcarlon@kmllawgroup.com |
| Michael J. Graml | on behalf of Debtor Wayne V. Lewis mattorney@neo.rr.com mjgraml@verizon.net |
| Michael John Clark | on behalf of Creditor Wilmington Savings Fund Society  FSB, d/b/a Christiana Trust as Trustee for PNPMS Trust III mclark@pincuslaw.com |
| Michelle L. McGowan | on behalf of Creditor METROPOLITAN LIFE INSURANCE COMPANY mimcgowan@raslg.com |
| Michelle L. McGowan | on behalf of Creditor Metropolitan Life Insurance Company mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| Stephen Russell Franks | on behalf of Creditor Metropolitan Life Company amps@manleydeas.com |

TOTAL: 8